UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMON JAMES ANDREWS, | No. 2:18-cv-2857 CKD P |
| Plaintiff, | |
| v. | ORDER |
| DR. PARKLIN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. By order dated June 10, 2019, the magistrate assigned to this action set a settlement conference for Wednesday September 18, 2019 before the undersigned. (ECF No. 23.) Defendants have now requested a ninety-day continuance so that counsel can consider participating in or opting out of the settlement conference. (ECF No. 27.)

In support of the request counsel argues that he was not aware of the previously scheduled settlement conference. He states the filing of waivers was done under his name, which typically results in his name being added to the case on CM/ECF and he would be electronically served with all docket entries from that point forward.[1] He also states he did not receive electronic notification of the order referring this case to the post-screening ADR program or the minute

---

[1] It appears that counsel added himself to this action on CM/ECF when he filed the answer.

1

order setting the settlement conference. He further alleges that he has not received a notification of submission of a settlement statement from plaintiff. Finally, he argues that the court did not reject the answer filed in this action on June 27, 2019 (ECF No. 25), even though this action was stayed pursuant to the referral order.

The court finds that counsel has failed to demonstrate good cause for a continuance. Counsel has been aware of this case since at least May 23, 2019 when he filed waivers of service on behalf of defendants. (ECF Nos. 18, 19.) Further, counsel filed an answer on behalf of defendants after the court set the settlement conference. (ECF No. 25.) Even though counsel did not receive electronic notifications of actions taken in this case, it is counsel's responsibility to check the docket to ensure compliance with court orders and deadlines. Additionally, the plaintiff has already been transported to Sacramento in order to appear at the settlement conference. Accordingly, the court will deny counsel's request for a continuance of the September 18, 2019 settlement conference.

For the reasons set forth above, IT IS HEREBY ORDERED that:

1. Counsel's request for a continuance (ECF No. 27) is denied; and
2. Counsel shall submit a confidential settlement statement as previously ordered no later than 12:00 p.m. on September 17, 2019.

Dated: September 17, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights.andr2857.cont

2