UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMON J. ANDREWS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. PARKLIN, et al.,<br><br>　　　　　Defendants. | No.  2:18-cv-2857 CKD P<br><br><br><br>ORDER |

On April 3, 2020 defendant filed a motion for summary judgment.  Plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment or a statement of non-opposition.  Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  May 11, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
andr2857.46